UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARC IRWIN SHARMAN, M.D., P.A., individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

PRECISION IMAGING ST. AUGUSTINE LLC, a Florida limited liability company, HALO DX, INC., a Delaware corporation, and HALO DIAGNOSTICS BULGARIA, INC., a Colorado corporation

    Defendants.

**DEFENDANTS PRECISION IMAGING ST. AUGUSTINE LLC, HALO DX, INC., AND HALO DIAGNOSTICS BULGARIA, INC.'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441, 1446, and 1453(b), Defendants Precision Imaging St. Augustine LLC ("Precision"), Halo DX, Inc. ("HDX"), and Halo Diagnostics Bulgaria, Inc. ("HDB"), (collectively hereinafter the "Defendants") hereby remove to the United States District Court for the Middle District of Florida, the above-captioned action that was initiated by Plaintiff, Marc Irwin Sharfman, M.D., P.A., individually and on behalf of all others similarly situated ("Sharfman"), in the

Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, on the following grounds:

## INTRODUCTION

1. On or about February 24, 2022, Sharfman filed a Class Action Complaint (the "Complaint") in *Marc Irwin Sharfman, M.D., P.A. v. Precision Imaging St. Augustine LLC.*, *et al.*, Case No. 2022CA000423 in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida (the "Action").

2. True and correct copies of the Complaint and Summons that were served on HDB on March 3, 2022, are attached hereto as **Exhibits "A" and "B"**, respectively.

3. A true and correct copy of the Summons that was served on Precision on February 28, 2022, and the Verified Return of Service confirming the same are attached hereto as **Exhibits "C" and "D,"** respectively.

4. A true and correct copy of the Summons that was served on HDX on February 25, 2022, and the Verified Return of Service confirming the same are attached hereto as **Exhibits "E" and "F,"** respectively.

5. The Complaint alleges that Defendants "faxe[ed] unsolicited advertisements in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. (the "TCPA"). Ex. A at ¶ 1.

6. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and

orders served upon Defendants are attached as exhibits to this Notice of Removal.

7. This action has been removed to the district court of the United States for the district and division within which this Action was pending in state court. *See* 28 U.S.C. §§ 1441(a), 1446(a).

8. This Court has original jurisdiction over this Action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367(a). Under 28 U.S.C. § 1331, "district courts shall have original jurisdiction of all civil actions rising under the Constitution, laws, or treaties of the United States." Count I of Sharfman's Complaint arises under the laws of the United States, specifically the TCPA. Further, this Court has jurisdiction over the remaining state law claim in the Complaint pursuant to 28 U.S.C. § 1367(a), which provides that, "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." Accordingly, removal of this action is proper under 28 U.S.C. § 1331.

9. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely because it was filed within thirty (30) days after HDB was served with Plaintiff's Complaint on March 3, 2022. *See Bailey v. Janssen Pharmaceutica, Inc.*, 536 F. 3d 1202, 1209 (11th Cir. 2008).

10. Notwithstanding that unanimity is not required pursuant to 28 U.S.C. §

1453(b), all Defendants consent to the removal of this Action to this Court.

11. Written notice of the filing of this Notice of Removal is being served this date on Sharfman's counsel of record, Ryan M. Kelly, Esq. Pursuant to 28 U.S.C. §1446(d), the undersigned is also filing a Notice of Filing of Defendants' Notice of Removal with the Clerk of Court for the Seminole County Circuit Court, a copy of which will be served on Sharfman's counsel of record in accordance with the Florida Rules of General Practice and Judicial Administration. A copy of the Notice of Filing of Defendants' Notice of Removal is attached hereto as **Exhibit "G"** (without attachments).

WHEREFORE, Defendants hereby remove the above-captioned action to this Court from the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida.

**BRENNAN MANNA DIAMOND**

By: */s/ Joshua R. La Bouef*
Joshua R. La Bouef
Florida Bar No. 0044400
Darren C. Jones
Florida Bar No. 0099478
800 West Monroe Street
Jacksonville, Florida 32202
(904) 366-1500
(904) 366-1501 (facsimile)
Primary: jrlabouef@bmdpl.com
Primary: dcjones@bmdpl.com
Secondary: jmdurrance@bmdpl.com

*Attorneys for Defendants*

4